IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JHENSY SAILLANT,** | : | CIVIL ACTION NO. 1:20-CV-871 |
| **Plaintiff[** | : | (Judge Conner) |
| v. | : | |
| **SHON TRUSLE**, *et al.*, | : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 23rd day of August, 2021, upon consideration of the motion (Doc. 18) to dismiss by defendants Simona Flores and L. Francis Cissna, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 18) to dismiss is granted.

2. All claims against defendants Flores and Cissna are dismissed without prejudice.

3. Plaintiff may file a second amended complaint on or before **September 23, 2021**.

4. If plaintiff does not file a second amended complaint by the above date, this order shall operate to dismiss all claims against Flores and Cissna with prejudice, and plaintiff's amended complaint shall proceed against defendant Shon Trusle only.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania