IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JHENSY SAILLANT,** | : | CIVIL ACTION NO. 1:20-CV-871 |
| **Plaintiff[** | : | (Judge Conner) |
| v. | : | |
| **SHON TRUSLE**, *et al.*, | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 25th day of October, 2021, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is dismissed with prejudice for plaintiff's failure to prosecute.

2. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania